UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

     v.                                                Criminal No. 12-cr-142-01-JL

<u>Robert Joubert</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. Joubert) filed by defendant is granted.  This is the third continuance, and while the grounds raised are legitimate, their emergence was neither recent nor surprising.  There will be no further continuances without a persuasive showing of good cause. The motion for severance shall be filed in or before May 20, and counsel for neither side should assume that the earlier-tried counts will not be scheduled during the summer.  Final Pretrial is rescheduled to September 20, 2013 at 2:00 PM; Trial is continued to the two-week period beginning October 1, 2013, 9:30 AM. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference.  Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: May 10, 2013

cc: Helen W. Fitzgibbon, Esq.
    Bjorn R. Lange, Esq.
    U.S. Marshal
    U.S. Probation